IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBRA MOBLEY, et al., for and on behalf of themselves and other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>COOK OUT, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.<br><br>2:22-cv-190-RWS |

# **ORDER**

This case comes before the Court on the parties' Joint Status Report and Notice of Settlement [Dkt. 54] advising that all matters in this case have been resolved through mediation.

The Parties jointly request that the Court lift the stay in this matter to allow Plaintiffs to file a voluntary dismissal of their claims under the Equal Pay Act *with prejudice*, and thereafter allow the Parties twenty-one (21) days for Plaintiffs to file a dismissal of their remaining claims *with prejudice* to allow for execution of the necessary settlement documentation and issuance of payment. [Notice of Settlement, ¶¶ 2, 4].

Accordingly, it is **ORDERED** that the **STAY** previously authorized by the Court [Dkt. 53] is **LIFTED**.

It is further **ORDERED** that Defendants' Motion to Dismiss [Dkt. 22], the July 28, 2023 Non-Final Report and Recommendation of Magistrate Judge J. Clay Fuller [Dkt. 32], and Plaintiffs' objections to the R&R [Dkt. 34] are rendered **MOOT** by the parties' settlement and **DENIED** as such.

The Clerk is **DIRECTED** to terminate all related submissions.

**SO ORDERED** this 26th day of September, 2024.

_____
**RICHARD W. STORY**
United States District Judge