IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBRA MOBLEY, *et al.* for and on behalf of themselves and other persons Similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COOK OUT, INC., et al.,<br><br>    Defendants. | Civil Action No.<br>2:22-cv-00190-RWS-JCF |

## ORDER

Before the Court is the Motion Plaintiffs Debra Mobley, Denise Encarnacion, Jeyson Hall, and Phylicia Holley ("Plaintiffs") to Dismiss Count 1 of the complaint. Having considered the prior update regarding resolution of the matter [Dkts. 54, 55], this Court hereby grants the motion and orders that the Count 1 of the Amended Complaint Be Dismissed.

    Accordingly, the Court GRANTS the Plaintiffs' motion.
    The Clerk is DIRECTED to close the case.
    SO ORDERED this 17th day of October, 2024.

                                                HON. RICHARD W. STORY
                                                United States District Judge